**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:05-cr-062-JCM-RJJ |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOEL MARTINEZ MONTANO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Unopposed Motion to Modify Conditions of Mr. Montano's Pretrial Release (#47), filed on October 21, 2011. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Unopposed Motion to Modify Conditions of Mr. Montano's Pretrial Release (#47) is **granted**. The condition of GPS monitoring as part of Mr. Montano's pretrial release of conditions is removed. All other previously imposed conditions will remain in full force and effect.

DATED this 29th day of November, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge